# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **KRYSTAL MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action File No.** |
| ) | |
| v. ) | **1:17-cv-01655-ELR** |
| ) | |
| **CAMDEN PROPERTY TRUST** ) | |
| **(D/B/A CAMDEN DEVELOPMENT, INC.),** ) | |
| **CAMDEN VANTAGE, LLC, and** ) | |
| **FOWLER, HEIN, CHEATWOOD** ) | |
| **& WILLIAMS, P.A.** ) | |
| **(F/K/A Fowler, Hein, Cheatwood,** ) | |
| **Passiano, & Williams, P.A.)** ) | |
| ) | |
| **Defendants.** ) | |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all Parties of Record

The undersigned, hereby notifies the Clerk of Court and all parties and respective counsel of record that I am admitted into the United States District Court for the Northern District of Georgia, and I appear in this case as counsel for Plaintiff Krystal Moore.

[signature on next page]

**Respectfully submitted this 28th day of June, 2017.**

        Robert Arkin, LLC

By:   /s/ Robert Arkin
       Robert Arkin
       Georgia State Bar No. 021575
       Email: robert@arkin.law

*Counsel for Plaintiff Krystal Moore*

## **CERTIFICATION OF TYPEFACE COMPLIANCE**

Pursuant to LR 7.1(D), NDGa., counsel for Plaintiff Krystal Moore hereby certifies that this Entry of Appearance has been prepared with one of the font and point selections approved by the Court in LR 5.1(C), NDGa.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **KRYSTAL MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action File No.** |
| | ) | |
| v. | ) | **1:17-cv-01655-ELR** |
| | ) | |
| **CAMDEN PROPERTY TRUST** | ) | |
| **(D/B/A CAMDEN DEVELOPMENT, INC.),** | ) | |
| **CAMDEN VANTAGE, LLC, and** | ) | |
| **FOWLER, HEIN, CHEATWOOD** | ) | |
| **& WILLIAMS, P.A.** | ) | |
| **(F/K/A Fowler, Hein, Cheatwood,** | ) | |
| **Passiano, & Williams, P.A.)** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Appearance of Counsel with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing upon Counsel of Record.

Dated:  June 28, 2017

                                                Robert Arkin, LLC

                                 By:   /s/ Robert Arkin
                                                Robert Arkin
                                                Georgia State Bar No. 021575
                                                50 Hurt Plaza SE, Suite 1428
                                                Atlanta, GA 30303-2946
                                                Tel: (404) 452-1891
                                                Fax: (855) 804-9334
                                                Email: robert@arkin.law
                                                       *Counsel for Plaintiff Krystal Moore*